UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA U. AJULUCHUKU,

        Case No. 06-cv-11220

    Plaintiff,

        Honorable Patrick J. Duggan

v.

JP MORGAN CHASE & CO.,

    Defendant.
    _____/

**ORDER DENYING AS MOOT**
**PLAINTIFF'S MOTION TO SERVE DEFENDANT**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on April 18, 2006.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                 U.S. DISTRICT COURT JUDGE

On April 7, 2006, this Court issued an Order granting Plaintiff's motion to voluntarily dismiss her action against Defendant JP Morgan Chase & Co. On April 10, 2006, Plaintiff filed a motion asking the Court to serve Defendant. Because the Court dismissed this action, Plaintiff's motion is moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to make service on Defendant

is **DENIED AS MOOT**.

                                                               s/PATRICK J. DUGGAN
                                                               UNITED STATES DISTRICT JUDGE

Copy to:

Amanda U. Ajuluchuku
3440 W. Walnut Hill Lane
Irving, TX 75038